UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYSON THOMPSON, | * |
| Plaintiff, | * |
| v. | *  Civil No. 10-11742-JLT |
| MICHAEL J. ASTRUE, | * |
| Defendant. | * |

ORDER

March 7, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the February 17, 2012 Report and Recommendation on Plaintiff's Motion to Reverse and Defendant's Motion to Affirm Decision by Commissioner of the Social Security Administration [#26] of Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby AFFIRMS the Commissioner's decision, ALLOWS Defendant's Motion for Order Affirming the Decision of the Commissioner [#22], and DENIES Plaintiff's Motion for Order Reversing Decision of the Commissioner [#13]. This case is CLOSED.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
    United States District Judge